**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**AIDEN JONES**                                                                                      **PLAINTIFF**

**V.**                                                   **CASE NO. 2:25-CV-2049**

**LINDA DUVALL (Trial Court Administrator for Judge McCain);**
**CARIN VAUGH (Trial Court Administrator for Judge Dunham);**
**ALESHA PRINGNITZ;**
**(Trial Court Administrator for Judge Patterson); and**
**ERICKA EMBERSON**
**(Trial Court Administrator for Judge Ken Coker)**                      **DEFENDANTS**

## ORDER

On June 11, 2025, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff Aiden Jones's Complaint pursuant to 28 U.S.C. § 1915A and issued a Report and Recommendation ("R&R") (Doc. 11). Magistrate Judge Ford concludes that all Defendants—who are court clerks—are immune from suit. On June 16, 2025, Plaintiff filed an Objection (Doc. 12) to the R&R, which triggered this Court's *de novo* review of the entire case file.

Plaintiff objects that Defendants are not entitled to quasi-judicial immunity here because his allegations against them go beyond mere clerical errors or routine paperwork processing. In particular, he accuses Defendant Emberson of purposefully failing to notify the judge that Plaintiff was incarcerated and had requested a videoconference hearing, and he maintains that the other Defendants intentionally impeded his access to the courts by slowing down the processing of paperwork so that his cases "do not progress." (Doc. 1, p. 5).

As the Magistrate Judge explained in the R&R, court clerks are not liable as a matter of law for causing delays in filing, scheduling, or processing paperwork—even if, for the sake of argument, such delays were "intentional." Plaintiff's Objections are therefore **OVERRULED**.

**IT IS ORDERED** that the R&R (Doc. 11) is **ADOPTED**, and the Complaint is **DISMISSED WITH PREJUDICE** due to Defendants' immunity from suit.

**IT IS SO ORDERED** on this 7th day of July, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE